Self File 1X3

**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_Kevin Cort_                    _KK 2601_                    :

**Full Name of Plaintiff       Inmate Number**       :

                                                    :    Civil No. _____

                    v.                              :    (to be filled in by the Clerk's Office)

                                                    :

_B. Salaman_                                        :    ( ✓ ) Demand for Jury Trial

**Name of Defendant 1**                             :    (___) No Jury Trial Demand

                                                    :

_M. Rowe_                                           :

**Name of Defendant 2**                             :

                                                    :

_Woodring_                                          :

**Name of Defendant 3**                             :                    **FILED**
                                                                    **HARRISBURG, PA**
                                                    :

_haldeman_                                          :                    DEC 1 2 2023

**Name of Defendant 4**                             :

                                                    :    PER _____

_Van gorder_                                        :              **DEPUTY CLERK**

**Name of Defendant 5**                             :

(Print the names of all defendants.  If the names of all  :

 defendants do not fit in this space, you may attach  :

additional pages. Do not include addresses in this  :

section).                                           :

**I.    NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

____    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

____    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents,</u> 403 U.S. 388
        (1971) (federal defendants)

____    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
        United States

defendant # 6 ~~m~~ t. miller CCPM

defendant # 7 c. Miller unit-Manager

defendant # 8. durst LPM

defendant # 9 Cokey Crpn

defendant # 10 Lt vogt

defendant # 11 Lt Chase

defendant # 12 Lt Drexler

defendant # 13 Capt tarantilla

defendant # 14 Capt emel

defendant # 15 capt potts

defendant # 16 LPN Yas

defendant # 17 RN dawn retorick

defendant # 18 PSS wassan

defendant # 19 PSS Byerlee

defendant # 20 ChCA ~~m~~ Samaul Mauk

defendant # 21 Lt stabley

defendant # 22 Lt galintine

23

Defendant #23 C/o ditler ditzler

Defendant #24 C/o M. Brown

Defendant # 25 C/o Michaels

defendant #26 C/o Jondoe Ranino

defendant # 27 C/o Barner

defendant # 28 C/o Bower

defendant # 29 C/o richards

defendant # 30 C/o Serovec

defendant # 31 C/o Secrest

defendant # 32 C/o Coral

defendant #33 C/o Cooper

defendant # 34 C/o hershey

defendant # 35 C/o Abdul-quddus

defendant # 36 C/o John doe #1

defendant #37 C/o Cenfer

defendant #38 C/o John doe #2

defendant 39 C/o Bitner

defendant # 40   Sgt Brown

defendant # 41   C/o John doe #3

defendant # 42   C/o John doe #4

defendant # 43   dr. Kane

defendant # 44   R.N gregory K

defendant # 45   Capt Andrews

defendant # 46   Mailroom supervisor LV decker

defendant # 47   C/o Bolinger 10-6

defendant # 48   Lt. Davis

II.   **ADDRESSES AND INFORMATION**

A.   **PLAINTIFF**

Cait Kevin ⊘ t
Name (Last, First, MI)

IRX2601
Inmate Number

RockView
Place of Confinement

Bck A
Address

Bellefonte PA 16823
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

____   Pretrial detainee

____   Civilly committed detainee

____   Immigration detainee

____   Convicted and sentenced state prisoner

____   Convicted and sentenced federal prisoner


B.   **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

B Salamon
Name (Last, First)

Superintendent
Current Job Title

Bck A
Current Work Address

Bellefonte PA16823
City, County, State, Zip Code

Defendant 2:

M. rowe

Name (Last, First)

Deputy

Current Job Title

Box A

Current Work Address

Bellefonte PA 16823

City, County, State, Zip Code


Defendant 3:

Woodring

Name (Last, First)

Deputy

Current Job Title

Box A

Current Work Address

Bellefonte PA 16823

City, County, State, Zip Code


Defendant 4:

haldeman

Name (Last, First)

Major

Current Job Title

Box A

Current Work Address

Bellefonte PA 16803

City, County, State, Zip Code


Defendant 5:

J. Vangorder

Name (Last, First)

Major

Current Job Title

Box A

Current Work Address

Bellefonte PA 16823

City, County, State, Zip Code

Defendant #6  t. miller
Job title  CCPM
Address  Box A Bellefonte PA 16823


defendant #7  C. miller
Job title  unit Manager
Address  P.o Box A Bellefonte PA 16823


defendant #8  david durst
Job title LPM
Address P.o Box A Bellefonte PA 16823


defendant #9  J. Coxey
Jobtitle CRPN
Address  P.o Box A Bellefonte PA 16823


defendant #10  vogt
Job title Lt
Address P.o Box A Bellefonte PA 16823


defendant #11 Chase
Job title Lt
Address P.o Box A Bellefonte PA 16823


defendant #12 drexler
d Job title Lt
Address P.o Box A Bellefonte PA 16823

Defendant # 13 ~~Sgpt~~ tarantilla
Job title Captain
Address Po Box A Bellefonte PA. 16823


defendant # 14 cmel
Job title Captain
Address P.o Box A Bellefonte PA 16823


defendant # 15 Potts
Job title Captain
Address po Box A Bellefonte PA 16823


defendant # 16 yas
Jobtitle LPN
Address po Box A Bellefonte PA 16823


defendant # 17 dawn retorick
Job title RN
Address Po Box A Bellefonte PA 16823


defendant # 18 wasson
Job title pss
Address P.o Box A Bellefonte PA 16823


defendant # 19 Byerlee
d Job title pss
Address P.o Box A Bellefonte PA 16823

Defendant # 20  Sam Mavik
Job title  ChcA
Address  PO Box A  Bellefonte  PA 16823

defendant #21  Stabley
Job title  Lt
Address  P.o Box A  Bellefonte  PA 16823

defendant #22 Jalintine
Job title  Lt
Address  P.o Box A  Bellefonte  PA 16823

defendant #23  ditter
Job title  C/o
Address  P.o Box A  Bellefonte  PA 16823

defendant #24  M. Brown
Job title  C/o
Address  P.o Box A  Bellefonte  PA 16823

defendant #25  Michaels
Job title  C/o
Address  P.o Box A  Bellefonte  PA 16823

defendant #26  John doe
a Job title  C/o
Address  P.o Box A  Bellefonte  PA 16823

Defendant #27 Burner
Job title C/o
Address P/o Box A Bellefonte PA 16823

defendant #28 Bower
Job title C/o
Address P.o Box A Bellefonte PA 16823

defendant # 29 richards
Job title C/o
Address P.o Box A Bellefonte PA 16823

defendant #30 Seravec
Jobtitle C/o
Address po Box A Bellefonte PA16823

defendant #31 Secrest
Job title C/o
Address po Box A Bellefonte PA 16823

defendant #32 Coral
Job title C/0
Address po Box A Bellefonte PA 16823

defendant # 33 Cooper
d Job title C/o
Address P.o Box A Bellefonte PA16823

defendant # 34 hershey
Job title C/o
Address P.O Box A Bellefonte PA 16823

defendant # 35 Davis
Job title Lt
Address P.o Box A Bellefonte PA 16823

defendant # 36 Boilinger
title C/o
Address P.o Box A Bellefonte PA 16823

defendant # 37 Abdul - quddus
title C/o
Address Box A Bellefonte PA 16823

defendant #38 Confer
title C/o
Address P.o Box A Bellefonte PA 16823

defendant # 39 Bitner
title C/o
Address P.o Box A Bellefonte PA 16823

defendant # 40 Brown
title Sgt
Address P.o Box A Bellefonte PA 16823

defendant # 41 Kone
title dr
Address P.o Box A Bellefonte PA 16823

Defendant #42 Gregory K
Job title R.N
Address P.o Box A Bellefonte PA 16823

defendant #43 Andrews
Job title Captain
Address P.o Box A Bellefonte PA 16823

defendant #44 Lydecker
Job title Mailroom Supervisor
Address P.o Box A Bellefonte PA 16823

defendant #45 Davis
Job title Lt
Address P.o Box A Bellefonte PA 16823

defendant #46 John doE #1
Job title C/o
Address P.o Box A Bellefonte PA 16823

defendant #47 John doe #2
Job title C/o
Address P.o Box A Bellefonte PA 16823

defendant #48 John doe #3
d Job title C/o
Address P.o Box A Bellefonte PA 16823

Defendant # 49  John doe #4
title  C/o

Address  P.o Box A Bellefonte PA. 16823

## III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

     A.     Describe where and when the events giving rise to your claim(s) arose.

_____

_____

_____

     B.     On what date did the events giving rise to your claim(s) occur?

_____

_____

     C.     What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

1. On or about 8-19-23 Plaintiff told C/o burns that Plaintiff was hearing voices and seeing things and that these things were making Plaintiff feel Suicidal C/o burns told Plaintiff that at a Meeting they all just had defendants coxey, durst, um Miller, Lt. Vojt, Rowe, weadring, vanyader, naldeman, and Sulamen instructed all B-M-U and level five staff to ignore Plaintiff Suicidal feelings and attempts because they are Fake then C/o burns walked off

2. On or about 8-19-23 due to Plaintiff request for help being ignored Plaintiff set himself on fire Plaintiff was left in cell for at least 30 minuets burning himself.

3. On or about 8-19-23 after Plaintiff was removed from cell despite Plaintiff self harm Plaintiff was placed back into B-M-U when Plaintiff told defendant Lt drexler Plaintiff is suicidal defendant drexler stated "luck i am going home so if you are going to kill yourself do it already it will lead to less paperwork" after defendant drexler left Plaintiff Cell Plaintiff Continued to ask for help but was denied on all request so to temper suicidal feelings Plaintiff began to cut himself Plaintiff was left in cell cutting himself for at least a hour

4. On or about 9-10-23 Plaintiff was in his cell when defendant stabley approached Plaintiff Cell and stated, Guess today is your lucky day You dirty Muslim Nigger Rowe said Come Get You and to have some fun with you so here we come and walked away

5. on or about 9.16.23 Shortly after defendant Stabley walked away defendant galintine came to Plaintiff door and told Plaintiff defendant Rowe sends his regards he has been waiting for this moment for awhile so i was told to teach Stabley how to fuck Muslim N.jggers like you up since this is his training on cell extractions and defendant galintine walked away

6. on or about 9.10.23 While Plaintiff was standing at his cell door Plaintiff could hear defendant galintine tell somebody to "Fuck him up i dont care how just do it."

7. on or about 9.16.23 around 7:30 - 7:45 AM Plaintiff was Nervous and fearful of a assault So when defendant C/o M Brown was Conducting his Security rounds Plaintiff informed defendant M Brown he was suicidal defendant M Brown stated so what kill yourself you fucking N.jgger Plaintiff began to swallow items in front of defendant M Brown defendant stated i did not see shit i hope you Choke and walked away from Plaintiff door

8. on or about 9.16.23 Plaintiff continuously told defendant Lt Stabley that he swallowed somethings and defendant Lt Stabley denied Plaintiff all Medical and Mental health treatment Plaintiff Continued to Alert Medical Staff of Bad Stomache pains and still Plaintiff was denied medical care.

9. on or about 9.16.23 after about 3 hours of complaining of stomache pains Defendants Lt galintine and Lt Stabley were once more the leaders of a compliance team while team was being put together Plaintiff Could hear defendant Lt galintine tell the Sheild C/o to suffocate Plaintiff when the compliance team arrived at Plaintiff door Plaintiff was Confused but compliant with all orders even when the officers entered Plaintiff Cell Plaintiff was slammed to bedframe while defendant C/o Cooper held Shock Shield on Plaintiff head whispering for Plaintiff to die Plaintiff informed defendant Lt Stabley the application of force is unnecessary because Plaintiff is willing to comply and that the defendant excess force was limiting my breathing and i have severe asthma defendant Stabley stated You Can breath Just fine and continued to have Plaintiff Cloths forcefully removed Plaintiff was left with only a smack with No blanket or bed forcing Plaintiff to sleep on freezing cold slab of metal in a freezing Cell for two whole days

Conditions

Pg 3

10. On or about 9.11.23 Plaintiff was taken to X-ray it was seen that Plaintiff did in fact have forign objects in his body from the previous day however Plaintiff was still denied Medical treatment despite Plaintiffs Continued Claims of Stomache Pains and having blood in his Stools

11. On or about 9.13.23 Plaintiff was in his cell when Defendant Lt Stanley came to Plaintiff door to take Plaintiff for a Second set of X-rays this Second X-ray Showed Pens lodged Sideways in Plaintiffs bowls

12. On or about 9.13.23 Plaintiff was in Mental Health group when Lt Jenn doe entered room and explained to Plaintiff that the Medical department has deemed the X-ray showed Plaintiff had a Medical emergency So Plaintiff had to go to the emergency room to have items removed Plaintiff Never stated or expressed thoughts or feelings of wanting to harm himself at this time

13. On or about 9.13.23 when Plaintiff returned from hospital defendant Coxey ordered Plaintiff to be Placed on constant Watch and told Staff Not to give Plaintiff a blanket or Mattress leaving Plaintiff to Sleep on a Metal bedframe in a freezing cell

14. On or about 9.14.23 Plaintiff expressed to defendant Cle burger that Plaintiff was hearing Voices telling Plaintiff to kill himself defendant Stated "Well What are you waiting for that Sounds like a direct order i dont want to have to write you up" Plaintiff asked for a PSS or Psych and defendant burger stated No you are ok Coxey said you only like to Play like you are hearing Voices and feeling Suicidal So you are going back to the B M u dead or Alive that is Not My problem So if you are going to kill yourself do it and walked away Plaintiff Made a Noose in the Place while defendant burger watched from the babble and attempted to hang himself

15. On or about 9-14-23 defendant Lt. Vogt came to take plaintiff back to B.M.u Plaintiff explained to defendant Vogt that Plaintiff was hearing voices and feeling Suicidal and Showed defendant Vogt the Knoose defendant Vogt Stated well defendants Coxey, durst, rowe, Salamon, Wooding, vangorder, and haldeman do Not believe that and Said you are to be taken back to the B.M.u No Matter What because you are Not Suicidal you are Just being a dickhead

16. on or about 9.14.23 Plaintiff was placed back in his cell despite telling multiple staff defendants Lt. vogt, pss Byerlee, C/o serovec, and C/o richards that plaintiff is Suicidal once inside Cell Plaintiff Broke light inside cell and began to Swallow pieces of the light plaintiff was in Cell For at least 6 hours eating light Plaintiff Ate glass, wires, Screws, batteries, and bolts

17. on or about 9-14-23 at approx 3:00 - 3:30 pm defendants rowe, and Salamon were conducting weekly rounds when defendants approched Plaintiff Cell plaintiff Showed defendant Salamon Some glass and a 4-5 inch bolt plaintiff began to eat glass in front of defendant Salamon and defendant Salamon looked at defendant rowe and Stated "i did Not See anything did you" defendant rowe Stated "No" defendant Salamon then told Plaintiff you are Not Suicidal the glass will pass Just fine at that Plaintiff Swallowed the bolt defendant Salamon Stated Now that is going to hurt coming out you better hope the glass cuts Something and kills you because if that Bolt turns Sideways i feel bad for your asshole but regardless you will be ok and walked off

18. on or about 9.14.23 After about Six hours of Swallowing glass, wires, bolts, and Screws Plaintiff was finally pulled from cell by 2-10 Lt rook Plaintiff was taken to hospital and admitted For Swallowed items Plaintiff was in constant pain and was bleeding after each bowl Movement Plaintiff was in hospital for five days

19. on or about 9.19.23 Plaintiff was returned from hospital and placed on constant watch by defendant Coxey who again denied Plaintiff a blanket, and Mattress and Forcing Plaintiff to Sleep on freezing cold bedframe and a freezing Cell

20. on or about 9.20.23 defendant Coxey released Plaintiff from Ro.c uit approx 12:55pm defendant Clo bower was assigned to watch Plaintiff as Plaintiff was standing at cell door defendant bower began to threaten Plaintiff for filing grievances on Lt, vogt, and Clohershey Plaintiff was confused because Plaintiff had Never even Met this officer defendant bower became so enraged he demanded Plaintiff stand at the light and raise his hands above his head or he would spray Plaintiff come in Plaintiff cell, break Plaintiff Arm and Kick Plaintiff teeth down his throat Plaintiff became frightend and complied with the orders after several minuets defendant told Plaintiff to keep his Hands raised but to get on his fucking Knees because thats were Misarable Niggers belong due to earlier threats of violence Plaintiff again complied and again after several More minuets defendant bower ordered Plaintiff to remove smock Plaintiff complied for fear of being olc'ed Plaintiff is severly asthmatic and olc triggers Plaintiffs asthma so Plaintiff remained as ordered Plaintiff was left on Knees for at least 45 minuets for No reason

21. on or about 9.21.23 Plaintiff was hearing voices and feeling depressed Plaintiff told defendant Clo M.brown that Plaintiff Need to see or speak to a PSS because Plaintiff was hearing voices telling Plaintiff to Kill himself defendant Clo M.Brown stated well Kill yourself already because i am Not getting you anybody Coxey, durst, and Miller already gave us our orders you are to be ignored because you are Not Suicidal and he walked away from Plaintiff

22. on or about 9.21.23 despite Plaintiffs continued request to speak to a PSS because Plaintiff was hearing voices telling Plaintiff to Kill himself Plaintiff was denied at approx 8:30 AM Plaintiff spoke to defendant PSS Byerlee and Plaintiff told PSS Byerlee Plaintiff is hearing voices telling him to Kill himself, defendant byerlee stated look i am tired of this shit a Suicidal person does Not tell People he is going to Kill himself he Just does it So write your letter and do it Plaintiff then swallowed a battery bitten open, two Nails, a razor, and a sharpend piece of Metal in front of defendant byerlee and Nothing was done

23. on or about 9.22.23 defendants Salaman, rowe, woodring, t. Miller, vangorder, naldeman, durst, Cokey, Lt vogt, and w.M Miller Placed Plaintiff on a plan of action this plan of action was on A Memo and in Non compliance to All policies Plaintiff is a Mental Health inmate but was denied all Mental Health treatment Plaintiff was locked in 24/7 No yards/exercise, law library, Mail/Kiosk, phone, Plaintiff water was shut off, Plaintiff Meals were minimized, Plaintiff cell was covered in feces and had urin in the corners, Plaintiff was being bitten by bugs developing a rash and the lights were on 24/7 causing plaintiff to lose sleep and headaches

24. On or about 10·10·23 After twelve days in hardcell with No water in toilet and toilet over flowing with feces and urin Plaintiff was forced to defecate on floor Cell was Were covered in blood Plaintiff was denied all groups, yard/exercise, and visits Plaintiff is diagnosed as Seriously Mentally ill and is required to participate in all Mental health treatment however defendants Salamon, rowe, woodring, ccpm t. miller, vangorder, Haldeman, durst, Cokey, u.M miller, and Lt vogt Kept plaintiff confined 24/7 denying him all Mental health treatment even during times of crisis when plaintiff told them he was hearing voices and seeing things Plaintiffs Conditions only worsend when defendants instructed staff to keep Plaintiff Main light on all day and Night causing Plaintiff to lose sleep

25. On or about 10·10·23 Plaintiff was hearing voices so plaintiff requested to speak to A pss or Psych when defendant wasson approached Plaintiff door plaintiff told Defendant PSS Wasson plaintiff was feeling hopeless, depressed, and seeing things and hearing voices that were berating plaintiff and telling plaintiff to Kill himself defendant wasson told plaintiff Maybe he should actually consider it Plaintiff asked Defendant wasson consider what and defendant said Killing yourself then defendant stated i have something that will Fix that suicidal attitude and walked away when defendant pss wasson returned she was with defendant Cokey when plaintiff told defendant Cokey he plaintiff was feeling hopeless, depressed, and seeing and hearing things defendant Cokey told Plaintiff you are fine and walked away as defendants Cokey and pss wasson are walking away defendant wasson tells defendant C/o M. brown go spray his ass

26. On or about 10·10·23 Plaintiff continued to hear voices the voices told Plaintiff that all demons are scared of feces so Plaintiff covered himself in feces to protect himself

27. Plaintiff was left covered in feces from 10·10·23 until 10·14·23 when plaintiff asked for showers plaintiff was told defendants salamon, rowe, woodring, t. miller, vangorder, Major Haldeman, and c. miller instructed them to leave plaintiff covered in feces Plaintiff was left in Kuffbag unable to wash himself off for four days forcing plaintiff to sleep covered in feces

28. on or about 10-15-23 Plaintiff was Sprayed by defendant C/o Michaels Plaintiff Whole body was covered in O/C Plaintiff was denied a Shower and forced to bake through burning For 3 whole days forcing Plaintiff to Sleep covered in O/C

29. on or about 10-10-23 Plaintiff was placed in Kuffbag For No reason and left in Kuffbag For 14 hours For No reason when Plaintiff asked why was he Being Kept in Kuffbag Plaintiff was told this is the duty Six Call Plaintiff asked what is a duty Six and was told that is Saluman, rowe, weidring, t. Miller, Vanguider, and haldeman

30. on or about 7-21-23 Plaintiff filed SickCall because Plaintiff glasses had been lost Plaintiff was denied a replacement pair of glasses Plaintiff Can Not See without his glasses Plaintiff Continues to File Sickcalls about replacement glasses and Plaintiff is Never Seen For Sickcalls Plaintiff has to Skwint all day Causing Plaintiff headaches Plaintiff has Now had No glasses For almost Four Months and defendant ChCA Sam Munk told Plaintiff he is Not going to Schedule Plaintiff For his Smile exame until Plaintiff withdraws his abuse allegations on defendant drexler

31. on or about 10-18-23 Plaintiff was at his bed when defendants rowe, t. Miller, and Pss wasson Came to plaintiff door defendant t. Miller Stated So you like to Spit Piss on People Well when you get transfered Since you like to file grievances, abuse claims, and assault people it is going to be a real tradity tragady you tried to escape during transport So my officer had to Shoot you in the back of the head or you can Just aggree to Just drop your lawsuits and grievances and we Can let by gones be by gones be Defendant t. Miller than Stated you leave real San So think about this real hard and walked away from Plaintiff door

Conditions 13 of 28

32 On 10.22.23 Plaintiff expressed to defendant C/O bolinger that he Plaintiff was feeling Snicidal defendant bolinger stated i dont care kill yourself you fucking Nigger

33 on 10.22.23 Plaintiff destroyed cell door and began to Swallow all the metal that came came off of Cell door in a attempt to end his life.

34 on 10.22.23 Plaintiff was denied all Medical Care by defendant C/O Bolinger

35 on 10.22.23 Plaintiff told defendant Bolinger plaintiff was experiancing bad Stomache pains and spitting up blood and Chunks of Meat Defendant C/O Bolinger stated good i hope you fucking die leaving plaintiff in Pain all Night

36 on or about 10/23/23 despite Plaintiff telling C/o's all Night Plaintiff was Suicidal and in Pain Plaintiff was ignored All Night

37 on or about 10.23.23 Plaintiff was Placed in Kufbag and left in Kufbag for five weeks

38 Kufbag hus No Air Circulation and staff are instructed to use o/c at almost any Movement while in Kufbag due to No hand Movement or arm Movement Plaintiff left Shoulder is in Constant Pain while in Kuffbag Plaintiff is handcuffed and Shackled

39. on or about 11.3.23 Plaintiff was Sprayed by defendant Julintine Plaintiff was denied all Medical Treatment

40 on or about 11.4.23 Plaintiff was sprayed with o/c by defendant C/o bitner Plaintiff was denied all Medical treatment

*Conditions pg # 4*

41. on or about 11.5.23 defendants Lt Gulintine and C/o biter began to threaten to Plaintiff life and call Plaintiff a Rat

42. on or about 11.7.23 defendant bitner sprayed Plaintiff with O/C Plaintiff was left in Cell For over 30 minuets unable to breath Plaintiff Cell was never Cleaned of O/C

43. on or about 10.23.23 Plaintiff was told by defendant Lt vojt that Plaintiff better refuse all Medical care For the Metal in his Stomache or things are going to get bad and if Plaintiff thought being eye gauged was bad Plaintiff should imagine What a broken jaw would feel like Plaintiff refused all treatment for fear of his Safety and his life

Count #8 due Process life, liberty, property   Pg #8 10

44. On or about 8.2.23 Plaintiff returned from R.H.U. once placed inside cell Plaintiff Noticed cell had been Searched upon further inspection of cell Plaintiff Noted several hundred Pages of legal Material was missing from cases such as from C.o.t v Sorber, C.o.t v Funrik, C.o.t v. wynder, and C.o.t v. Marsh as Plaintiff Continued to go through Papers Plaintiff Noted a whole $1983$ Packet and exhibits for a lawsuit Plaintiff intended to file in the eastern district of PA was missing Plaintiff legal Mail to Joseph Fulginiti, and A. Vogt were opened by searching C.o's Plaintiff Spoke to C.o John doe and asked who searched Plaintiff cell and why was Plaintiff Not given a confiscation Slip for stolen legal work Plaintiff explained dc Adm's 203, 203, and 804 require Me to Provide a confiscation Slip if Plaintiff was to try to get my Property back C.o John doe Stated that defendant u.m Miller ordered Plaintiff cell Searched So Plaintiff Papers could come up missing and walked away Plaintiff Submitted request to defendant Miller and got No response to request

45. On or about 9.12.23 Plaintiff returned from R.H.U and was Placed in a B.M.U cell once at cell door Plaintiff Saw cell was Searched due to Property being Scattered all over cell Prior to entering cell Plaintiff Notified Lt rock who Stated he would Make Note of Plaintiff cell conditions and that Nothing Could be done because defendants Rowe, and u.m Miller demanded Plaintiff cell be searched every Single time Plaintiff goes to R.H.U despite what Policy dc Adm 203 States when Plaintiff was uncuffed Plaintiff Began to reorganize cell and discovered Several Pages ripped at first when Plaintiff opened record center boxes Plaintiff immediately Saw all family Pictures ripped, obituaries ripped, legal Papers and exhibits for C.o.t v. Malichaik ripped, religious lititure ripped, and Plaintiff Quran was ripped in half all things were covered in Plaintiff hair grease Plaintiff immediately reported this destruction to C.o Burns and C.o Smith and asked for a confiscation Slip and both C.o's Stated defendants Rowe and Miller told them to say Plaintiff did it himself and Not give Plaintiff a confiscation Slip among the Pictures were Pictures of Plaintiff deceased little brother, grandmothers, Mother, and Niece all Plaintiffs obituaries were among destroyed items Plaintiff was Not given a confiscation Slip and had No alternative to retrieve destroyed Property

due process life, liberty, property        Pg 11

46

46. On or about 9.20.23 defendants Salaman, rowe, woodring, t. Miller, Vangorder, Haldeman Lt voyt, u.m C. Miller, coxey, and durst Placed Plaintiff on a Plan of action on this plan of action Plaintiff was denied all family and lawyer visits and calls, Yards/exercise, Mail/Kiosk, law library time, Cloths, Groups, Proper food Portions this plan of action is Not in any Policy and deviated from all standing Policies i.e 2.0.3, 6.1.0, 6.5.1, 6.3.1, 8.0.3, 8.0.4, 8.1.2, 8.1.5, and 13.8.1 Sections 2, 3, 12, and 14 Plaintiff was Not given any Chance or option to appeal these sanctions which were enforced  Plaintiff was also a B.M.4 Prisoner and these sanctions removed Plaintiff from B.M.4 status with No due Process

47. On or about 10.9.23 Plaintiff inventoried his Personal Property and Noticed alot of his Personal Property was Missing on asking the Property C/o where was all of Plaintiff Property the Property C/o Stated ask defendant u.m Miller he is the one who Keeps having random C/o's go into your Property Now all these rats get everything Now a day So one of these rats is Probably enjoying your Stuff Curtisy of Miller

48. On or about 10.11.23 Plaintiff asked defendant Miller Why is he having C/o's go into Plaintiff Property and remove Plaintiff Property defendant u.m Miller Stated you did Not think you were the only one who knew how to Play games did you you though you were going to file a lawsuit and all these grievances on me and i would Not get you back to be honest i got some good information for those two pairs of shoes and walked away from Plaintiff door Plaintiff was Never given a confiscation slip for stolen items

49. On 11.17.23 Plaintiff Spoke to defendant Capt andrews from Security and defendant told plaintiff that he is going to hold Plaintiff legal Mail because Plaintiff is being Such a rat and telling the Courts everything that rockview is doing defendant Stated he Spoke to defendants rowe, woodring, salaman, N. Paul rydecker, vangorder, and Major haldeman who told him defendant andrews to wait awhile and send some of the Mail back keep some and Make a Note in plaintiff Charts Making up any excuse he wishes as to why Security is denying Plaintiff his Mail, legal Mail etc.

50. From 10.23.23 until 11.21.23 Plaintiff was denied All chances to file grievances, request slips, send out Mail, Make Phone calls, receive visits etc

51. On or about 10.23.23 Plaintiff was placed on AC status for KutBag Placement Plaintiff Never received dc 141 other report indicating Why Plaintiff was even in a KutBag or in P.O.C defendants Salamon, Rowe, woodring, CCpm miller, Vangorder and Major Haldeman refused to tell Plaintiff Why Why was he in tbo or in KutBag and Plaintiff was told he could Not appeal their decisions

52. On or about 11.21.23 Plaintiff was Medically cleared to return to g-block and receive all the same Privillages as all other d-code inmates groups, Yards, Phone calls, visits, Mail etc however for No reason at all defendants Salamon rowe, woodring, t. miller, Vangorder, and Major Haldeman kept Plaintiff in the Poc denying Plaintiff all above Privillages cloths and regular Property Plaintiff was denied Showers for over a month

53. From 10.23.23 Plaintiff was forced by defendants Salamon, woodring, rowe, ccpm t. miller, Vangorder, and Maj Haldeman to defiate on the floor and go through the feces and give them all the Metal that came out Plaintiff was constantly denied exercise and document as Plaintiff refused

<u>Count #3   Unreasonable Searches    Page #13</u>

54. on or about 8-26-23 Plaintiff Cell Was Searched on defendants Rowe, and U.M Miller orders and Plaintiff property Was destroyed

55. on or about 9 10-23 Plaintiff Cell Was Searched on defendants Rowe, and U.M Miller orders Plaintiff property Was destroyed

56. on or about 9.13.23 Plaintiff Cell Was Searched on defendants Rowe, and UM Miller orders Plaintiff property Was trashed and destroyed

57. on or about 9.20.23 Plaintiff Cell Was Searched on defendants Rowe, and U M Miller orders Plaintiff property Was trashed

58. From 4.26.23 until 10.26.23 Plaintiff cell Was Searched on a daily Basis on orders from defendants Rowe, and UM Miller those order Were written on Plan of action

<u>Count #4  R·L·U·I·P·A      Pg# 14</u>

59. Plaintiff is a practicing Muslim Prisoner and is documented as such in all of Plaintiffs d·o·c·c records since the beginning of Plaintiff incarceration in 2013

60. Plaintiff has been a Muslim since the age of 15 years old Plaintiff is Now 33 years old and still a practicing Muslim giving Plaintiff a little under two decades as a Muslim

61. On 9·13·23 Plaintiff was organizing his personal Property and discovered that all of Plaintiff Islamic litature was destroyed it was ripped and covered in Plaintiff Wat Pomade Which is Plaintiff hair grease Plaintiff Quran was ripped in half Covered in hair grease Plaintiff Prayer rug was ripped and his Kufi had a hole in the center of it

62. On or about 9·13·23 Plaintiff spoke to defendant U·M Miller about the C/o's destroying Plaintiff religious Artifacts and litature defendant U·M miller stated Fuck You terrorist Muslims if you all want to die that is fine but leave everybody else out of it Yall are a bunch of Faggots so don't talk to Me about your Muslim Bullshit Because i don't give two shits about it

63. On or about 9·20·23 Plaintiff Was placed in gAled the cell Was covered in feces, and blood there was urin on the floors in the corners So Plaintiff spoke to defendant U·M Miller and asked for cleaning supplies So plaintiff could clean cell and at least offer his Five Mandatory Prayers and Plaintiff explained it is Mandatory that when plaintiff offers his prayers he offers them on a clean surface defendant U·M Miller stated you are all shit heads anyways i always thought those dots were shit stains you are Not getting No cleaning supplies put your head on the shit or don't pray i don't care you fucking terrorist and walked away

64. On or about 9·23·23 Plaintiff spoke to defendants rowe, and wadring and asked for cleaning supplies So Plaintiff could clean the cell and offer his prayers defendant rowe stated Plaintiff Should have thought of his prayers before Plaintiff Filed the lawsuit and all these grievances on them

R·L·U·I·P·A  pg 13

65

12. from 9·26·23 until 10·18·23 Plaintiff was unable to offer his Mandatory Prayers due to defendants Rowe, Woodring, and w.M Miller denying Plaintiff Cleaning Supplies

Count II : Cruel and unusual Punishment

66. Plaintiff is and was at all times in this Complaint a Prisoner in the Care, custody, and control of the department of Corrections

67. the department of Corrections has identified Plaintiff as a seriously Mentally ill inmate defendants in this Complaint were and are aware of Plaintiff Mental health status and Suicide history and Failed to Act and/or Protect Plaintiff

68. On or about 8-19-23 Plaintiff told C/o burns that Plaintiff was hearing voices telling Plaintiff to Kill himself and Plaintiff was considering suicide so to Prevent that Plaintiff wanted to go to P.o.c for his own safety C/o burns stated that at a brM d Meeting defendants Rawr, Weardley, t. Miller, vangorder, huldeman, durst, Corey, Lt. Vogt, and u.M Miller discussed Plaintiff Past suicide history and said Plaintiff suicide Attempts are fake and they are frivolous and that the Lts are to Just ignore Plaintiff When he states he is Suicidal then C/o burns told Plaintiff he had to Finish his rounds

69. on or about 8-19-23 after Plaintiff conversation with C/o burns Plaintiff set his left Forearm on Fire to reduce thoughts of Suicide Plaintiff had Mild burns on forearm but was denied all Medical and Mental Health treatment For burns

70. On or about 8-19-23 After Plaintiff was placed in YA101 Plaintiff again told Multiple C/o's Plaintiff was Feeling Suicidal all the C/o's on 16-6 also ignored Plaintiff despite Plaintiff having a Knows hanging up and in order to stop himself from using his Knows Plaintiff began to Cut himself Plaintiff was in Cell on Camera Cutting himself For at least an hour

Cruel and unusual punishment                    Pg 14

71

70. on or about 9.7.23 Plaintiff was in his cell when he began to hear voices and see thing the voices were telling Plaintiff he should kill himself So Plaintiff began to cut his wrist with a staple at Med line Plaintiff told defendant LPN Yas and defendant LPN Yas said you are not going deep enough For me to care you are always playing this fucking game So show me you really want to die and go deeper because if you really wanted to die you would be dead Just like all the other inmates who did it this year its not hard and Defendant LPN Yas walked away leaving Plaintiff in his cell cutting up

72. on or about 9.10.23 Plaintiff told defendant C/o M.brown that plaintiff was feeling depressed and suicidal defendant C/o M. brown i don't care do it i was directed to Just ignore you suicide threats Plaintiff began to swallow Pens, spoons, batteries, and nails in front of defendant brown defendant brown stated i aint see shit and walked away

73. on or about 9.10.23 Plaintiff told defendants Lt's Stabley and galintine that Plaintiff was having bad stomache pains due to swallowing some Pens and other items and plaintiff was coughing up blood Plaintiff was denied all medical care

74. on or about 9.10.23 defendant Coxey had all of plaintiff cloths took and left Plaintiff in freezing cell with No blanket /or mattress forcing Plaintiff to lay on freezing cold metal bedframe

75. on or about 9.11.23 Plaintiff was taken to be X-rayed all items Plaintiff said he swallowed were in fact in Plaintiff stomache but defendants shCA. Sam Mauk, and Coxey still cleared Plaintiff to return to B.M.u despite Plaintiffs complaints of stomache pains Plaintiff was denied medical and mental health treatment

cruel and unusual punishment

76

1. on or about 9·13·23 Plaintiff was complaining of stomache pains so Plaintiff taken to X-ray and for a second time items were Noted in Plaintiff stomache but defendant Chen sam Mauk again cleared Plaintiff to go back to B.M.U denying Plaintiff Medical Care

77

2. on or about 9·13·23 Plaintiff returned from hospital when Plaintiff returned defendant Coxey for No reason at all Placed Plaintiff on Constant watch and told Shift Commander Plaintiff gets Nothing Plaintiff was Placed in Freezing Cell with Nothing forcing Plaintiff to sleep on freezing Metal bedframe

78

3. on or about 9·14·23 Plaintiff felt helpless and his pleas for help were being ignored Plaintiff broke Cell light removed the light bulbs, Metal screws Baits and any other object removable and began to eat and swallow them

79

4. on or about 9·14·23 defendants Rowe, and salamon were Conducting weekly rounds when defendants approached Plaintiff Cell Plaintiff told both defendants Plaintiff had been swallowing and eating his light for hours and Plaintiff was having Stomache Pains and Coughing up blood defendant Salamon stated you are Not Suicidal Plaintiff began to eat glass in front of defendants both looked at eachother and defendant Salamon stated she did Not see Nothing at that Plaintiff showed both defendants a 4-5 inch belt and swallowed that as will and again defendant Salamon said she did Not see Nothing and walked away from Plaintiff door

Cruel and unusual punishment                    Pg 28

90

80. On or about 9.21.23 Plaintiff told C/o Jenn doe that Plaintiff was seeing things and hearing things that were making Plaintiff feel suicidal and wanted to go to P.c.c C/o John doe told defendant Pss Byerlee that Plaintiff was suicidal when defendant byerlee came to see Plaintiff Plaintiff told defendant byerlee that Plaintiff was feeling hopeless, depressed, and having more frequent thoughts of suicide because somebody destroyed Plaintiff pictures of his dead loved ones and obituaries defendant Byerlee told Plaintiff to stop being a pussy and that he is tired of hearing Plaintiff is suicidal if Plaintiff is suicidal than he should do it because a person who is suicidal does not talk about it they just do it at that Plaintiff showed defendant byerlee a battery and a razor given to Plaintiff by a C/o Plaintiff bit the battery in half and swallowed it and swallowed the razor as well in front of defendant byerlee defendant byerlee stated lets give that some time to settle and walked away from Plaintiff doo

81

81. On or about 9.22.23 defendant Coral was in charge of placing Plaintiff hands in a kuffbay defendant Coral placed handcuff on so tight Plaintiff could not move his hands Plaintiff restraints were not even checked by Medical staff for circulation Plaintiff was denied exercise and left in pain for four hours

82

82. On or about 9.22.23 after four hours of pain Lt. John doe came to exercise Plaintiff at exercise defendant dawn retorick saw Plaintiff was in pain and saw Plaintiff had discoleration in hands but stated he is good as defendant R N dawn retorick is leaving Plaintiff Cell defendant laughts at Plaintiff and states to C/o jon doe good

83

83. On or about 9.23.23 Plaintiff told C/o smith Plaintiff was hearing voices telling him to kill himself and was having the urge to do so C/o smith told Plaintiff that he has already told Plaintiff Saloman, rowe, Coxey, durst, u.m Miller, and wadrin have told all B.m.u and level five staff to ignore Plaintiff when he states he is suicidal and walked off

83. on or about 9 23 23 when C/o Smith stated this plaintiff began to cut himself
84 and covered cell window and walls with blood plaintiff was left in cell
and never received any medical care or mental health care on 9 23 23.

83. on or about 10 10 23 plaintiff was placed in a kuffbag for No reason at all due to
85 this placement plaintiff was feeling depressed and hopeless plaintiff was kept in kuffbag
for 146 hours for No reason when plaintiff asked why was he being kept in kuffbag
Multiple Lts stated those those are the duty six calls the duty six are
Saluman, rowe, woodring + Miller, vangorder, and haldeman

84. on or about 10 12 23 plaintiff expressed to Lt rock on camura that plaintiff
86 was feeling suicidal due to defendants rowe, durst, cokey, saluman, woodring, vangorder
Haldeman, and wm c miller denying plaintiff any and all out of cell time and keeping
plaintiff in kuffbag for No reason Lt rock stated on camura that all Named above
defendants stated plaintiff will Not be taken to p.o.c because he is Not suicidal

87
85. on or about 10 12 23 after Lt rock told plaintiff defendants rowe, saluman, woodring
+ Miller, vangorder, Haldeman, Cokey and durst said plaintiff is Not going to p.o.c
plaintiff tore kuffbag open and sharpend pieces and began to swallow shap sharpend
pieces of plastic plaintiff was Not sprayed and No force was applied to stop
plaintiff plaintiff was denied all medical and mental health care on this date

86. on or about 10 13 23 plaintiff was still feeling suicidal so plaintiff tore open
88 second kuffbag sharpend more plastic and swallowed in attempt to end
life plaintiff was Not sprayed and No force was applied

87. From 9 20 23 staff were instructed to spray plaintiff with o/c for
89 anything plaintiff does staff were sat in front of plaintiff cell with 20 oz
cans of o/c moving force from unplanned to planned plaintiff is Not
medically cleared for the use of o/c

90. on or about 11-6-23 Plaintiff was left in the IPoc @lolo bleeding for over two hours Plaintiff Constantly requested Medical Treatment from defendant R.N gregory K and defendant only mocked at plaintiff stating Sue Me if you dont like My Treatment

91. from 10-23-23 Plaintiff Constantly Complained of Pains in his Stomache and an area right under Plaintiff ribs Plaintiff had Clo's fill out Sickcalls for Plaintiff to be Seen by anybody defendant dr-Kane refused to give Plaintiff anything for Pains and told Plaintiff if he does Not want to have Pains to Shit out the last Piece of Metal after Five weeks of the Metal Not Moving and causing Plaintiff Plaintiff was taken to hospital to have Metal Surgically removed

Count #6 excessive Force                                      pg 2

92
~~90~~. Plaintiff is and was at all times in Complaint a prisoner in the Care, Custody, and Control of the department of Corrections at Sci Rockview

93
~~91~~. Plaintiff is Severely asthmatic and is Not Medically Cleared For the Use of O/C

94
~~92~~. on or about 9.10.23 Plaintiff was in his cell When defendant Lt Stabley came to Plaintiff door demanding Plaintiff withdraw his lawsuit on rowe, and woodring because Plaintiff is about to Force him into doing to Much paperwork Plaintiff declined and defendant Stabley Stated have it your way then we are about to Fuck you up Pussy

95
~~93~~. on or about 9.10.23 defendant galintine Came to Plaintiff door Making the Same demands and again Plaintiff declined defendant Galintine Stated, i don't really Care i am only here to Show Lt Stabley the ropes on howto Fuck y'all dumb asses up anyway and walked down the hall as Plaintiff is at his Cell door Plaintiff hears defendant galintine tell Somebody Fuck that Nigger up you don't have Nothing to lose he already have you in a lawsuit So have Some fun

96
~~94~~. on or about 9.10.23 defendant Stabley Came to Plaintiff door ordered Plaintiff to Cuff up and Plaintiff Complied with all orders once handcuffed Plaintiff was ordered on his knees and Plaintiff again complied ~~have~~ Plaintiff laid on stomache and was Non resistant to orders given once C/o entered C/o John doe Placed knees on Plaintiff back Causing Pain defendant Stabley ordered Plaintiff is placed on bed once on bed C/o's on left and right of Plaintiff were Punching and eye gauging Plaintiff For No reason Plaintiff was Not resisting at No time

97
~~95~~. on or about 9.10.23 when Plaintiff was in hallway C/o's were Slamming Plaintiff head to the ground for No reason at all

98
~~96~~. Plaintiff learned defendants hershey, Cooper, and Foo rosenthal where the C/o's in Control of Plaintiff top Portion during First Cell extraction

excessive force                                                pg 37

99. on or about 9.10.23 Plaintiff was standing at Cell door in Medical when defendant Galintine Came to plaintiff door defendant galintine Stated that defendants rowe, and Coxey want everything from plaintiff Cell unless he aggrees to stop filing Complaints on them Plaintiff declined and defendant galintine Stated have it your way then but you are going to learn i am going to Put a team together and i wont tell them to be as Nice and Walked away

100. on or about 9.10.23 Plaintiff heard defendant galintine tell Shield C/o defendant Cooper to Suffocate that Nigger

101. on or about 9.10.23 defendants galintin and Lt Stabley led a Six man team in order to remove Plaintiff Cloths Plaintiff was Compliant with all orders given yet Plaintiff was forcfully slammed on bedframe Shock Shield was placed on Plaintiff head in order to Suffocate Plaintiff Plaintiff Continued to inform defendant Stabley Plaintiff Could Not breathe and defendant Stabley kept telling Plaintiff Yes he Could While defendant Hershey, Cooper, and rosenthal kept twisting Plaintiff Wrist, Pushing Plaintiff Shins down on edge of Bed to Cause harm and placing Sheild on Plaintiff head defendant Cooper kept Whispering For Plaintiff to die at No time was Plaintiff resistant or refusing to Comply with Strip Search or to give Cloths up

102. on or about 9.13.23 Plaintiff was taken to X-ray While in X-ray room defendant Lt Stabley told Plaintiff he better Not Pursue those abuse allegations and Struck Plaintiff 2-3 times in the Face

103. on or about 9.14.23 While at hosPital defendant Potts Called Prisons cell phone and SpoKe to defendant drexler For a Short period After Several Minnets defendant Lt drexler placed defendant Capt Potts on Speaker defendant Capt Potts SpoKe for Several Seconds then told Plaintiff to withdraw C.it v. MaliChaik Plaintiff declined and defendant Capt Potts Said to defendant Lt drexler you know what to do and defendant drexler hit the racc belt Plaintiff then aggreed and Was Still hit with a Second burst of the racc belt leaving Plaintiff with welts on his Sides

Excessive force

pg 23

104. on or about 9.15.23 Plaintiff was in his bed at hospital when the Prison cell Phone rang defendant c/o Secrest Answered and began a conversation towards the end of call defendant c/o Secrest placed Phone on speaker and informed the caller he was now on speaker the caller Identified himself as defendant capt Luzier from 6-2 defendant spoke to plaintiff for a short period asking plaintiff about lawsuits Plaintiff had in against the d.o.c then Defendant capt Luzier stated that defendant rowe wanted Coit v. Malichaik gone by any Means so it would be in Plaintiff best interest to let the case be dismissed and hung the Phone up

105. on or about 9.15.23 defendant Secrest came to Plaintiff bed drew his gun and struck plaintiff twice in his head and then placed the barrel of his gun to Plaintiff head and stated this is by any Means so i suggest you let Coit v. Malichaik go which do you value More the money or your life think about it all i have to say is you went for my weapon or tried to escape and Nobody will question it he then went and sat down

106. on or about 9.21.23 Plaintiff heard defendant Lt. vogt tell defendant c/o ditler to spray plaintiff during his round

107. on or about 9.21.23 plaintiff was standing at cell door when defendant c/o ditler began to yell get that out of your Mouth confused Plaintiff backed away from cell door raised his hands above his head and spread his legs to take a Non aggresive stance While Plaintiff was in this position defendant c/o ditler emptied a whole can of o/c on Plaintiff For No reason plaintiff was doing Nothing to harm himself or Posed a threat at anytime during application of force

108. on or about 9.21.23 Plaintiff approched cell door to be handcuffed and defendant Lt vogt ordered a Fourth burst of o/c for No reason Plaintiff kept telling Defendant Lt vogt he is asthmatic and can Not breathe but was ignored

<u>Excessive force</u>

**109.** on or about 9.21.23 Plaintiff was placed in restraint Chair and left in Chair for four hours with no exercise restraints were on so tight they were Cutting off blood Circulation on Plaintiffs arms Causing extreme Pain

**110.** on or about 9.21.23 While Plaintiff was at hospital defendant drexel received a phone Call on the Prison Phone defendant drexler had Prison Phone on Speaker While Speaking to defendants Lt Chase and Capt emel defendant Lt Chase was speaking to defendant Lt drexler and started asking defendant drexler did Plaintiff aggre to dop those grievances and abuse allegtions defendant drexler Stated i thought We already took Care of those issues defendant Lt Chase Stated i thought So too but he is Still filing them defendant Lt drexler Stated So do i have the Capt Permission defendant Lt Chase Stated Fuck that Nigger you have Mine, and emel Permission and Passed the phone to defendant emel defendant emel begun to talk to Plaintiff Stating i thought We all had an aggreement no More bullShit i guess you hve Not learned So i am going to have to teach You about lying and told defendant drexler Just Make it look legit in case he tries to rat us out and hung up

**111.** on or about 9.21.23 after defendants Capt emel, and Lt Chase hung up defendant Lt drexler Began to Speak to Plaintiff and Stated Come on i thought you said you would Not File No More Compliants i don't like being lied to So brace Yourself this is going to hurt you alot and activated the racc belt Which Caused Plaintiff to Urinate himself at No time Was Plaintiff resist resistant or Non-Compliant during transport

**112.** on or about 9.14.23 While Plaintiff Was being transported from P.o.c to B.M.u by defendant Lt. vogt defendant C/o John doe working the N.C.C.u Came out of N.C.C.u bubble asked defendant vogt is this the guy defendant Lt Vogt Stated Yeah this is that rat defendant C/o John doe Stated this is for ratting on vogt and Punched Plaintiff in the face busting Plaintiff lip and Knocking Plaintiff to the floor Plaintiff was not resistant and did Nothing to warrant the use of force

excessive force                                                    pg

113

87. on or about 9.22.23 defendant Capt. Potts Came to see Plaintiff defendant. Capt Potts told Plaintiff that the Fun was only Just begining and that plaintiff had two options Say all his Claims were lies or the kuffbag Plaintiff told defendant Potts that he might as well Jo get the Kuffbag because Plaintiff is Not going to Say he lied defendant Potts Stated that is Fine with me and walked away

88. on or about 9.22.23 plaintiff was forced into a Kuffbag For No reason at all
114 by defendant Capt Potts

89. on or about 9.22.23 Plaintiff was being Placed into Kuffbag and explained to defendant
115 Clo Coral that the handcuffs were on to tight and Causing Plaintiff Pain and hurting Plaintiff defendant Lt davis kept insisting handcuffs were Fine and instructed defendant Coral to continue Plaintiff Placement in Kuffbag once in Kuffbag Plaintiff was denied any and all Medical assessment Plaintiff Could Not Move hands due to Severe Pain Caused by tight handcuffs Plaintiff Still Suffers From Numbness in hands from restraints

90. on or about 9.22.23 Plaintiff was denied his two hour exercise by defendant Lt davis
116 leaving Plaintiff in Constant Pain For Four hours

91. On or about 9.23.23 Plaintiff was left in Kuff bag For fourteen hours with No
117 exercise Plaintiff was in Four Point restraints For Fourteen hours with No exercise despite Policy Stating Plaintiff Shall be exercised every two hours

92. on or about 9.24.23 Plaintiff was denied all exercise by defendant Capt. tarantilla
(18) Clo John doe Stated defendant Capt tarantilla Said Since you like to be an animal You will be treated like on Plaintiff was Not exercised For twelve hours Plaintiff was in Kuffbag and Shickles despite Policy Stating Plaintiff is to be exercised every two hours

excessive force

120. on or about 9.26.23 Plaintiff was in his cell when plaintiff heard defendant Lt Vogt
119  tell somebody when i ask why did he spit on Me yall take him down to the ~~ground~~
ground yall know what to do from there

121  on or about 9.26.23 Plaintiff was watching t.v from cell door when defendants
120  Lt.vogt, c/o hershey, and c/o rosenthal came to Plaintiff door asking was going
to attend Court Plaintiff said yes and was taken to video hearing

121  on or about 9.26.23 After Plaintiff hearing Plaintiff stood up defendant vogt
121  stated why did you just spit ~~whip~~ wipped his face and defendants hershey, and
rosenthal slammed Plaintiff to ground while on ground defendant hershey was
punching Plaintiff for no reason Plaintiff was Not resisting and force was unwarrented
Plaintiff at no time lunged or spit on defendant Lt Vogt

122  on or about 9.26.23 After plaintiff was slammed to the ground defendants ditter
122  arrived to assist when Plaintiff was brought to his knees defendant hershey kept
Pinching and pushing Plaintiff arms to make it seam like Plaintiff was resistant
defendant hershey Pinching Caused Plaintiff to attempt to get Defendant off of
him and defendants slammed Plaintiff a second time this time defendants
hershey and ditter were slamming Plaintiff head to the ground, punching Plaintiff
in the head and eye gauging Plaintiff once Plaintiff was on the ground
Plaintiff was Not resisting and force was used Sadistically and Maliously

123. on or about 10·10·23 Plaintiff was in his Cell when defendant Clo M. Brown approched Plaintiff door Stuck O/C hose under Plaintiff door and emptied a whole can of O/C on Plaintiff For No reason Plaintiff was not violating any d·o·c Policy and was Not Given No directive to Stop any behaviors that would warrent the use of Force

124. on or about 10·10·23 defendants rowe, woodring, t. Miller, vangorder, Haldeman, tarantilla and C. Miller authorized Plaintiff Placement in a Kuffbag for No reason Plaintiff was Not violating No Policy or engaged in Self harm for Kuffbag Plaintiff was left in Kuffbag for 146 hours despite what Policy States

125. from 10·10·23 until 10·16·23 Plaintiff was denied exercise every night from 10-8 in the Morning leaving Plaintiff restrained for at least ten hours and denying Plaintiff hot Meals and Medical assessments handcuffs were always tight on Plaintiff wrist Crusing extreme Pain

126. on or about 10·14·23 Plaintiff woke up and Sat up on bed with hands already Fully restrained and on lap defendant Clo Michaels began to Call Plaintiff a rat and out of Nowhere defendant Clo Michaels emptied a whole Can of O/C on Plaintiff for No reason Plaintiff was given No orders to Stop doing whatever he was Suspected of doing Plaintiff was Not violating No Policies and was Just sitting on his bed when he woke up

Excessive force                                    pg 28

127. on 11-2-23 Plaintiff was in hospital when defendants John doe#1 and Clo abdul-Quddus enter plaintiff room  John doe#1 goes to retrieve gun while Clo abdul-Quddus approached Plaintiff he is speaking to Clo John doe Not to be confused for John doe #1 once defendant gets to Plaintiff defendant Quddus ask plaintiff several Questions in regards to defendants lowe and salamon and strikes Plaintiff in his right eye tells Plaintiff if Plaintiff knows whats best he will withdraw those complaints on Clo Michaels and strikes Plaintiff a second time in the Nose causing plaintiff to bleed

128. on 11-2-23 as Plaintiff goes to turn his head def Clo John doe#1 Placed Barrel of gun to Plaintiff head and states why are you trying to escape and Pulled the trigger to the gun and starts to laugh when Plaintiff jumps

129. on 11-2-23 once Plaintiff is back in the Prison Plaintiff informs defendant Lt drexler of the events at the hospital and am only called a rat by defendant drexler

130. on 11-2-23 Plaintiff was being fed dinner when defendants John doe#2 and Clo Confer fold Plaintiff over sink and begin striking Plaintiff in the head with closed fist and Kneeing Plaintiff in his head Plaintiff was Not resisting and force was unwarranted

131. on 11-3-23 plaintiff was standing at his Cell door when defendant Lt galintine approached Plaintiff door with Olc in his hand and with No warning sprayed gel olc in Plaintiff Cell Plaintiff was Not doing anything for the use of force incident went unreported and undocumented

Excessive force pg 9

132. On 11-4-23 Plaintiff was sitting on bed when defendant bitner pulled out the 16 oz Can of o/c and began to yell at Plaintiff about assaulting deputy some for No reason defendant ~~began~~ began to put Nozzle of o/c hose under Plaintiff door Plaintiff Stood up in time to get foot over the hose as defendant sprayed o/c into Plaintiff Cell incident was Never reported to the Shift Commander

133. On 11-6-23 Plaintiff was being fed by defendants Julintine, Sgt Brown, John doe #3, and John doe #4 as Plaintiff ~~he~~ informs defendants Plaintiff is asthmatic and is having difficulties breath Plaintiff legs give for No No Plaintiff is slammed to the ground picked back up slammed a Second time Plaintiff is informing Staff Plaintiff is Not resisting defendant ~~Sgt Brown~~ Sgt brown is lifting Plaintiff head intentionally off of the ground and slamming it in to the Floor and Choking Plaintiff Plaintiff does Not recall all events afterwards ~~due~~ due to being knocked out by defendant Sgt Brown Plaintiff was bleeding, had a Chipped tooth, and had a Second black eye after the assault Plaintiff was Not resisting and Plaintiff was already in handcuffs and shackles during the whole event

134. On 11-7-23 Plaintiff was laying on Metal bedframe when defendant Clo bitner began to Call Plaintiff a fucking rat for filing ~~an~~ an abuse allegation on him and Lt Julintin and began stating he is going to Kill Plaintiff by spraying him so plaintiff sat up Several minuets Pass and defendant bitner began to slide hose to the o/c inside Plaintiff Cell Plaintiff uses blanket as a Shield and defendant bitner emptied ~~a~~ a whole Can of o/c ~~on~~ ~~on~~ on Plaintiff

due process, procedural due process      Pg 45-50

135  on or about 9.20.23 ca Plaintiff was removed From b.m.u Status by defendants Salamon, rowe, woodring, t.miller, Vangorder, and Haldeman Plaintiff was told this is rockview we do whatever we want here Plaintiffs Premature removal From B.M.u Violated dc Adm 13.8.1 Sec 12

136  From or about 9.20.23 until 10.20.23 Plaintiff was Confined 24/7 removing Plaintiff From all Status ie 13.8.1 Sec 12, sec 14, 6.5.1 Plaintiff was Placed on a Plan of action Plaintiff was denied any opertunity to appeal Plan of action Placement, B.M.u removal, Dtu Placement, or Rtu placement

137.  From 10.23.23 until 11.21.23 defendants Salamon, rowe, woodring, t.miller, Vangorder, N.Paul and haldeman was wre instructing ca unit mangers to tell Cps Not to File grievances for plaintiff

Exhaustion





138. Plaintiff is in immediate danger to his life and Safety and @ only the Courts interferance will Stop assaults and threats to plaintiff life

139. Plaintiff exhausted and tried to exhaust "all available" remidies under the P.L.R.A

8th amendment Claims

excess excessive Force Claims

Conditions of Confinement Claims

denial of Programs Claims

Solicitation of Suicide Claims

retaliation

14th amendment

due Process, life, liberty, Property

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes.  However, state what constitutional rights, statutes, or laws you believe were violated by the above actions.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Retaliation, 1st retaliation, freedom of Speech, intimate association, Access to the Courts, 4th Amendment unreasonable searches, 8th Cruel and unusual Punishment, unconstitutional Conditions of Confinement, excessive force, Solicitation of Suicide 14th amendment due Process Procedural due Process, due Process life, liberty, Property, equal Protection, 1st amendment right to Practice religion

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

unable to Move hand at times, Pain in left arm Numbness in right hand Black eye, Bumps on face and head Constant headaches, back Pain, Neck Pains emotional distress, Mental anguish, Pain in legs, severe weight loss, blurred vision, Black and blue Bruises on arms and legs Constant Numbness in legs, loss of sleep, loss of and destroyed Property

## VI.    RELIEF    loss of Civil cases, Black eyes, Chipped tooth, stitches in left eye

State exactly what you want the court to do for you.  For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief.  If you are seeking monetary relief, state your request generally.  Do not request a specific amount of money.

500,000.00 dollars, Lawyer fees, Court Cost and Fines, Monetary damages, Punitive damages, and any relief the Jury decides Just and fair

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

10/26/23

Date

IN THE COMMONWEALTH COURT OF PENNSYLVANIA
_____Middle_____ DISTRICT ᵒᶠ PA

_____kevin coit _____,          :   NO:

_____
                              PLAINTIFF      :
                                             :
                  VS.                        :
                                             :
  Suleman_____,                    :
                              RESPONDENT  :

## VERIFICATION

The facts set forth in the foregoing are true and correct to the best of the undersigned's knowledge, information, and belief and are verified subject to the penalties for unsworn falsification to authorities under Pennsylvania Crimes Code 4904 (**18 Pa.C.S.A. § 4904**).

No Notary
Required

Respectfully Submitted,

Date: __11·21·_____, 20 23

_____
                              (signature)

__kevin Coit_____
                              (print name)

Pro Se, Petitioner
S.C.I. Rockview, # KX2661
1 Rockview Place, Box A
Bellefonte, PA 16823-0820

UNITED STATES DISTRICT COURT FOR THE
Middle  DISTRICT OF _PA_____

_Cit_____ ,     :  NO: _____
                     PETITIONER  :
                                 :
        VS.              :
                                 :
_Salamon_____ ,     :
                   RESPONDENT  :

## CERTIFICATE OF SERVICE

I, _Kevin Cit Kadei_ Pro Se, Petitioner, do hereby aver that copies of the attached/enclosed _Complaint_____ have been mailed to the below listed person(s) by First Class Mail, postage paid, on this _2o__ day of _October_____ , 20_23_ , in compliance with Pennsylvania Rules of Criminal Procedure, Fed.R.A.P. Rule 4.

This service also satisfies the requirements of the Prisoner's Mailbox Rule, outlined in Commonwealth v. Jones, 700 A.2d 423 (1997); and Houston v. Lack, 108 S.Ct. 2379 (1988); under penalty of perjury (28 U.S.C. § 1746).

_____        _____
_____        _____
_____        _____
_____        _____

Service by _____ Mail:    Service by _____ Mail:
           (First Class/ Certified)                    (First Class/ Certified)

_____

Service by _____ Mail:
(First Class/ Certified)

Clerk of Courts
Sylvia H rambo
1501 N. 6th St Suite 101
Hbg PA 17102

Service by _First Class_ Mail:
(First Class/ Certified)

_____

Service by _____ Mail:
(First Class/ Certified)

_____

Service by _____ Mail:
(First Class/ Certified)

Respectfully Submitted,

_____
(Signature)

Kevin Cut
(print name)

Pro Se, Petitioner

Kx2ac1

Box A
Bellefonte, PA 16823

Date: 10/20/23   ,

Hello Mrs. Kane how are you i understand it is against Court rules to write directly to you however i am in a Confusing Situation i am being denied access to the law library the librian does not come to my housing unit and i Know i need to fill out the Notice of A lawSuit request, the waiver forms, and the US Marshall forms however i do not have access to a Copy machine to make Copies of the ones. the clerk of ~~Court~~ Courts has Sent me when Send Mail out i am Not receiving anything back that i am Sending to be Copied thank you for Your time

FILED
HARRISBURG, PA

DEC 1 2 2023

PER_____

DEPUTY CLERK

Kevin Coit KX2601
Box A
Bellefonte PA 16823

RECEIVED
HARRISBURG, PA

DEC 12 2023

PER_____
DEPUTY CLERK

Clerk of Courts
Sylvia H Rambo
1501 N 6th st Suite101
Harrisburg, PA 17102